UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re:<br><br>Robert and Lydia Dixon,<br><br>    Debtor.<br><br>AmeriCredit and GM Financial,<br><br>Creditor. | Chapter 7<br>Bankruptcy No. 20-00013<br><br>MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES UNDER 11 U.S.C. § 722 |

COME NOW the Debtors and in support of the above-captioned Motion states:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

    Year: <u>2010</u>     Make: <u>Cadillac</u>     Model: <u>STS-V6</u>

    VIN # 1G6DU6EV6A0116238

2. The interest of the Debtors in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.
3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value," should be determined to be not more than $5,000.00.
4. Arrangements have been made by the Debtors to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.
5. The payment for this proposed redemption is to be paid in full by the Debtors upon entry of an order approving the above-captioned Motion.

    WHEREFORE, the Debtors pray the Court to order AmeriCredit and GM Financial to accept from the Debtors the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtors requests

the Court to determine the value of the property as of the time of the hearing on such objection.

          MARKS LAW FIRM, P.C.

          /s/ Samuel Z. Marks
          Samuel Z. Marks, IS9998821
          4225 University Avenue
          Des Moines, Iowa 50311
          (515) 276-7211
          FAX (515) 276-6280
          ATTORNEY FOR DEBTORS

## **NOTICE**

Notice is hereby given that unless an objection is made to this motion within 20 days following the date of service below, an order sustaining the motion may be granted by the Court.

## United States Bankruptcy Court
### Southern District of Iowa

| In re | Robert C Dixon<br>Lydia B Dixon | | Case No. | **20-00013** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **7** |

## CERTIFICATE OF SERVICE

I hereby certify that on **January 31, 2020**, a copy of **Motion to Redeem** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**American Accounts & Advisers**
**AmeriCredit/GM Financial**
**Capital One**
**Capital One/Helzberg**
**CarMax Auto Finance**
**Comenity Bank/Younkers**
**Credit Bureau Services of Iowa, Inc.**
**Credit First National Association**
**Credit One Bank**
**Financial Plus Credit**

**Financial Plus Credit**
**Fingerhut**
**First PREMIER Bank**
**First PREMIER Bank**
**H & R Accounts, Inc.**
**Hauge Assoc**
**IC System, Inc**
**Internal Revenue Service**
**Kohls/Capital One**
**OneMain Financial**
**Synchrony Bank/ Old Navy**
**Synchrony Bank/TJX**
**US Bank/RMS CC**

/s/ Samuel Z. Marks
**Samuel Z. Marks**
**Marks Law Firm, P.C.**
**4225 University Ave.**
**Des Moines, IA 50311**
**(515) 276-7211Fax:(515) 276-6280**
**Office@markslawdm.com**